**Order entered August 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00868-CV

### DON A. MITCHELL, Appellant

### V.

### FREESE & GOSS, PLLC, ET AL., Appellees

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-08251**

## ORDER

We **GRANT** appellant's August 4, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **SEPTEMBER 16, 2015**. We caution appellant that no further extension will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE